# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Lemelson Medical, Education & Research Foundation, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R.R. Donnelley & Sons Co., et al, )<br>)<br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CV-00-0664-PHX-HRH |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated February 2, 2006, plaintiff's action is dismissed in its entirety with prejudice.

February 2, 2006

RICHARD H. WEARE
District Court
Executive/Clerk

　　s/Deborah N. Herman
By:
Deputy Clerk

cc: (all counsel)